**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EFFIE DAWSON,**

    **Plaintiff,**

v.

**CASE NO.: 8:18-cv-02059-CEH-SPF**

**RECEIVABLES PERFORMANCE MANAGEMENT, LLC,**

    **Defendant.**

---

**NOTICE OF PENDING SETTLEMENT**

---

Plaintiff, EFFIE DAWSON, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, EFFIE DAWSON, and Defendant, RECEIVABLES PERFORMANCE MANAGEMENT, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

 

/s/*Geoffrey E. Parmer*
Geoffrey E. Parmer, Esq.
Florida Bar No. 989258
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL  33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Geoff@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 28, 2019, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

    /s/Geoffrey E. Parmer
Geoffrey E. Parmer, Esq.
Florida Bar No. 989258
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL  33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Geoff@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorneys for Plaintiff*

cc:  Mediator James R. Betts