UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EFFIE DAWSON,

    Plaintiff,

v.                                        Case No: 8:18-cv-2059-T-36SPF

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.
_____/

**ORDER**

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on May 29, 2019, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 17). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

    ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

    1.    This action is dismissed, with prejudice.

    2.    The Clerk is directed to close this case.

    **DONE AND ORDERED** in Tampa, Florida on July 31, 2019.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any